UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR M. JIMENEZ,<br><br>Petitioner,<br><br>v.<br><br>STEWART SHERMAN,<br><br>Respondent. | No. 2:17-cv-02093-MCE-GGH<br><br>ORDER |

On June 7, 2018, the magistrate judge served Findings and Recommendations in the above-captioned matter recommending that Respondent's Motion to Dismiss the petition for failure to meet the statute of limitations be denied on equitable tolling principles. ECF No. 23. The parties were warned that failure to file objections to the Order within the twenty-day period could result in a waiver of the right to appeal the district court's decision. ECF No. 23. Respondent thereafter requested an extension of time to file objections, which request was granted. ECF No. 25. Respondent filed objections on July 2, 2018. ECF No. 26.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having reviewed the file and the magistrate judge's findings and recommendations, the Court ADOPTS the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's Motion to Dismiss, ECF No. 10, is DENIED; and
2. Respondent shall respond to the petition within 20 days of electronic filing of this Order.

IT IS SO ORDERED.

Dated: July 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE