UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAVADORE M. JIMINEZ,<br><br>   Petitioner,<br><br>   v.<br><br>STEWART SHERMAN,<br><br>   Respondent. | No. 2:17-cv-02093-MCE-GGH<br><br>ORDER |

Petitioner brings a petitioner for a writ of habeas corpus, filed October 10, 2017, ECF No. 1, and proceeds pro se and in forma pauperis. Respondent filed a motion to dismiss on December 18, 2017, ECF No. 10, to which petitioner filed an opposition on January 19, 2018. On June 7, 2018 this court issued Findings and Recommendations that recommended that the motion to be dismissed should be denied and respondent directed to answer the petition within 20 days of the District Court's Order. ECF No. 23. Respondent filed objections to the Findings and Recommendations on July 2, 2018, ECF No. 26, and petitioner responded to them on July 19, 2018. ECF No. 27. The district court adopted the Findings and Recommendations on July 31, 2018, ECF No. 28, and respondent filed an Answer to the petition on August 17, 2018. ECF No. 29. Based on the court's original Findings and Recommendations any opposition to respondent's

1

1 | answer was due to be file within thirty (30) days after service of that Answer. ECF No. 6 at 1-2.
2 | On August 29, 2018 petitioner sought a 30 day extension of to file a travers to the answer making
3 | his response due on September 28, 2018, ECF No. 31, which was granted on September 4, 2018.
4 | ECF No. 32. On September 24, petitioner filed the now pending motion for another 30 day
5 | extension of time to file a traverse due to disturbances within his place of incarceration. ECF No.
6 | 33.

Having review petitioner's request this court will grant him that extension of time and his traverse will be due to be filed in this court on or before October 26, 2018. Petitioner is warned, however, that any further request for extension will be granted only upon a extraordinary showing of good cause. In light of the foregoing IT IS HEREBY ORDERED that:

1. Petitioner's time to file a response to respondent's answer to the petition for writ shall be filed no later than October 26, 2018.

**IT IS SO ORDERED.**

Dated: October 1, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE